# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DEBBIE POTTER                                                                                          PLAINTIFF

v.                                    No. 4:19-cv-00318-JM

ARKANSAS DEPARTMENT OF HUMAN                                                            DEFENDANTS
SERVICES and DIVISION OF CHILDCARE AND
EARLY CHILDHOOD EDUCATION

## **ORDER**

On January 17, 2020, the Court ordered Debbie Potter to provide proof of service of summons and complaint on or before Friday, January 31, 2020. Potter has not complied. This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 3rd day of June, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE